United States District Court
Southern District of Texas
**ENTERED**
February 24, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| Nicole Loreth, | § § § | |
| Plaintiff, | § § | |
| versus | § § | Civil Action H-20-4210 |
| Xtreme Crane & Rigging, LLC, | § § | |
| Defendant. | § § | |

## Voluntary Dismissal

Having been advised that Nicole Loreth no longer wishes to pursue her claims, this case is dismissed without prejudice. (3)

Signed February 23, 2021, at Houston, Texas.

Lynn N. Hughes
United States District Judge